JODI S. COHEN, CASB No. 151534
jodi.cohen@kyl.com
TERESA J. THONG, CASB No. 328666
teresa.thong@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California 90802
Telephone:  (562) 436-2000
Facsimile:  (562) 436-7416

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| LINDA KENDRICK, an individual, | ) Case No. 3:23-cv-01869-CRB |
|---|---|
| Plaintiff, | ) **JOINT STIPULATION AND [PROPOSED]** |
| | ) **ORDER FOR DISMISSAL WITH** |
| vs. | ) **PREJUDICE** |
| WELLS FARGO BANK, N.A.; and DOES 1-50, inclusive, | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

WHEREAS, on March 8, 2023, a Complaint was filed by Plaintiff LINDA KENDRICK ("Plaintiff") in the Superior Court of California for the County of San Francisco, Case No. CGC-23-605055, entitled *Linda Kendrick v. Wells Fargo Bank, N.A. and Does 1-50 inclusive* (the "Action");

WHEREAS, on April 17, 2023, Defendant WELLS FARGO BANK, N.A. ("Defendant" or "Wells Fargo") filed an Answer and removed the Action to the United States District Court for the Northern District of California, Case No. 3:23-cv-01869-CRB; and

WHEREAS, pursuant to the Court's Case Management Order, the parties attended mediation and have reached a resolution of this matter.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Pursuant to the terms of the Settlement Agreement, the parties stipulate that Plaintiff's Action, including all claims and defenses asserted herein, be and is hereby dismissed in its entirety,

- 1 -
JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - Case No. 3:23-cv-01869-CRB
KYL4861-8948-4698.1

with prejudice, against Defendant Wells Fargo pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      Each party shall bear its and her own attorney's fees and costs.

      IT IS SO STIPULATED.

DATED: January 19, 2024

CHRISTOPHER R. LECLERC
LE CLERC & LE CLERC LLP
Attorneys for Plaintiff
LINDA KENDRICK

DATED: January 19, 2024

JODI S. COHEN
TERESA J. THONG
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
WELLS FARGO BANK, N.A.

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - Case No. 3:23-cv-01869-CRB
KYL4861-8948-4698.1

## [~~PROPOSED~~] ORDER

The stipulation is approved. The entire action, including all claims and defenses asserted herein, is hereby dismissed with prejudice, with each party to bear its and her own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: February 5, 2024

_____
HON. CHARLES R. BREYER